FILED

NOV 14 2023

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | |
|---|---|
| 1. **Debtor's name** | Malibu's United L.L.C |
| 2. **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | Malibu's Burgers |
| 3. **Debtor's federal Employer Identification Number (EIN)** | 8 7 – 3 3 4 2 7 1 3 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 3903-3905 Piedmont Ave | 435 Buena Vista Ave, Apt 110 |
| Number          Street | Number          Street |
| | P.O. Box |
| Oakland          CA          94611 | Alameda          CA          94501 |
| City          State          ZIP Code | City          State          ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Alameda | |
| County | Number          Street |
| | City          State          ZIP Code |

5. **Debtor's website (URL)**   www.malibusburgers.com; www.eatmalibusburgers.com

| Debtor | Malibu's United L.L.C | Case number (if known) |
|--------|------------------------|------------------------|
|        | Name                   |                        |

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding  LLP)

☐ Other. Specify: _____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

___ ___ ___ ___

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

> ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

> ☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

> ☐ A plan is being filed with this petition.

> ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

> ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

> ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

Case: 23-41482    Doc# 1    Filed: 11/14/23    Entered: 11/14/23 15:16:03    Page 2 of 38

| Debtor | Malibu's United L.L.C | Case number *(if known)* |
|---|---|---|
| | Name | |

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____ When _____ Case number _____
　　　　　　　　　　　　　　　　　MM / DD / YYYY

　　　　　District _____ When _____ Case number _____
　　　　　　　　　　　　　　　　　MM / DD / YYYY

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes. Debtor _____ Relationship _____

　　　　　District _____ When _____
　　　　　　　　　　　　　　　　　MM / DD / YYYY

　　　　　Case number, if known _____

**11.** **Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

　　What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
　　　　　　　　　　　　　Number　　　Street

_____

_____　　　　　　　_____
City　　　　　　　　　　　　　　State ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

　　　　　Contact name _____

　　　　　Phone _____

---

**Statistical and administrative information**

Case: 23-41482　　Doc# 1　　Filed: 11/14/23　　Entered: 11/14/23 15:16:03　　Page 3 of 38

**13. Debtor's estimation of available funds**

Check one:

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☑ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☑ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  11/14/2023
             MM  / DD / YYYY

✘ _____        Darren Preston
Signature of authorized representative of debtor        Printed name

Title  Member

Debtor  Malibu's United L.L.C
　　　　　Name

Case number (if known)_____

18. **Signature of attorney**　　　✗ _____　　Date _____
　　　　　　　　　　　　　　　　　　Signature of attorney for debtor　　　　　　MM  / DD / YYYY

　　　　　　　　　　　　　　　　Printed name _____

　　　　　　　　　　　　　　　　Firm name _____

　　　　　　　　　　　　　　　　Number　　　Street _____

　　　　　　　　　　　　　　　　City _____　State _____ ZIP Code _____

　　　　　　　　　　　　　　　　Contact phone _____　Email address _____

　　　　　　　　　　　　　　　　Bar number _____　State _____

**Fill in this information to identify the case:**

Debtor name ___Malibu's United L.L.C.___

United States Bankruptcy Court for the: ___Northern___ District of ___California___
(State)

Case number (If known): _____

☐ Check if this is an
amended filing

## Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals          12/15

### Part 1:   Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B* ..............................................................

   $ ___0___

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B* ...........................................................

   $ ___13,718___

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B* .............................................................

   $ ___13,718___

### Part 2:   Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...............

   $ ___152,103.45___

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F* ..........................

   $ ___3,740.74___

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F* ......

   + $ ___60,779.98___

4. **Total liabilities**...........................................................................................
   Lines 2 + 3a + 3b

   $ ___216,624.17___

**Fill in this information to identify the case:**

Debtor name ___Malibu's United L.L.C.___

United States Bankruptcy Court for the: ___Northern___ District of ___California___
(State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property
**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

   **All cash or cash equivalents owned or controlled by the debtor**

   Current value of debtor's interest

2. **Cash on hand**
   $ ___0.00___

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Bank of America | Checking | 2 3 8 9 | $ ___0.00___ |
| 3.2. | Bank of America | Checking | 2 4 0 2 | $ ___0.00___ |

4. **Other cash equivalents** *(Identify all)*

   4.1. _____ $ _____
   4.2. _____ $ _____

5. **Total of Part 1**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.
   $ ___0.00___

### Part 2: Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

   Current value of debtor's interest

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   7.1. _____ $ _____
   7.2. _____ $ _____

Case: 23-41482   Doc# 1   Filed: 11/14/23   Entered: 11/14/23 15:16:03   Page 7 of 38

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1._____    $_____

8.2._____    $_____

**9. Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.    $_____

---

## Part 3:    Accounts receivable

**10. Does the debtor have any accounts receivable?**

☑ No. Go to Part 4.

☐ Yes. Fill in the information below.

Current value of debtor's interest

**11. Accounts receivable**

11a. 90 days old or less:    _____ – _____ = ...... ➡    $_____
                             face amount              doubtful or uncollectible accounts

11b. Over 90 days old:       _____ – _____ = ...... ➡    $_____
                             face amount              doubtful or uncollectible accounts

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.    $_____

---

## Part 4:    Investments

**13. Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14. Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1._____    _____    $_____

14.2._____    _____    $_____

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                                          % of ownership:

15.1._____    _____%    _____    $_____

15.2._____    _____%    _____    $_____

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1._____    _____    $_____

16.2._____    _____    $_____

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.    $_____

Case: 23-41482    Doc# 1    Filed: 11/14/23    Entered: 11/14/23 15:16:03    Page 8 of 38

## Part 5:  Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| _____ | ___/___/___  MM / DD / YYYY | $_____ | _____ | $_____ |
| 20. **Work in progress** | | | | |
| _____ | ___/___/___  MM / DD / YYYY | $_____ | _____ | $_____ |
| 21. **Finished goods, including goods held for resale** | | | | |
| _____ | ___/___/___  MM / DD / YYYY | $_____ | _____ | $_____ |
| 22. **Other inventory or supplies** | | | | |
| Food ingredients | 11/01/2023  MM / DD / YYYY | $_____ | Replacement value | $ 3,000 |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$ 3,000

24. **Is any of the property listed in Part 5 perishable?**

☐ No

☑ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☑ Yes. Book value _____  Valuation method  Replacement value  Current value  $3,000

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 6:  Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | | | |
| _____ | $_____ | _____ | $_____ |
| 29. **Farm animals** *Examples*: Livestock, poultry, farm-raised fish | | | |
| _____ | $_____ | _____ | $_____ |
| 30. **Farm machinery and equipment**  (Other than titled motor vehicles) | | | |
| _____ | $_____ | _____ | $_____ |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | $_____ | _____ | $_____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |
| _____ | $_____ | | $_____ |

**33. Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$_____

**34. Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

    ☐ No

    ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____ Valuation method _____ Current value $_____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No. Go to Part 8.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| _____ | $_____ | _____ | $_____ |
| **40. Office fixtures** | | | |
| _____ | $_____ | _____ | $_____ |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| _____ | $_____ | _____ | $_____ |
| **42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1_____ | $_____ | _____ | $_____ |
| 42.2_____ | $_____ | _____ | $_____ |
| 42.3_____ | $_____ | _____ | $_____ |

**43. Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$_____

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☐ No

☐ Yes

Case: 23-41482    Doc# 1    Filed: 11/14/23    Entered: 11/14/23 15:16:03    Page 10 of 38

| Debtor | Malibu's United L.L.C. | Case number (if known) |
|---|---|---|
| | Name | |

## Part 8: Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

    ☐ No. Go to Part 9.

    ☑ Yes. Fill in the information below.

| General description | Net book value of | Valuation method used | Current value of |
|---|---|---|---|
| Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | debtor's interest (Where available) | for current value | debtor's interest |

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1 _____ | $_____ | _____ | $_____ |
| 47.2 _____ | $_____ | _____ | $_____ |
| 47.3 _____ | $_____ | _____ | $_____ |
| 47.4 _____ | $_____ | _____ | $_____ |

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
|---|---|---|---|
| 48.1 _____ | $_____ | _____ | $_____ |
| 48.2 _____ | $_____ | _____ | $_____ |

49. **Aircraft and accessories**

| | | | |
|---|---|---|---|
| 49.1 _____ | $_____ | _____ | $_____ |
| 49.2 _____ | $_____ | _____ | $_____ |

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| Kitchen appliances and equipment | $_____ | Replacement value | $ 10,000 |

51. **Total of Part 8.**

    Add lines 47 through 50. Copy the total to line 87.

    $ 10,000

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

    ☑ No

    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

    ☑ No

    ☐ Yes

| Debtor | Malibu's United L.L.C. | Case number (if known) |
|---|---|---|
| | Name | |

## Part 9: Real property

**54. Does the debtor own or lease any real property?**

☑ No. Go to Part 10.

☐ Yes. Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 _____ | _____ | $_____ | _____ | $_____ |
| 55.2 _____ | _____ | $_____ | _____ | $_____ |
| 55.3 _____ | _____ | $_____ | _____ | $_____ |
| 55.4 _____ | _____ | $_____ | _____ | $_____ |
| 55.5 _____ | _____ | $_____ | _____ | $_____ |
| 55.6 _____ | _____ | $_____ | _____ | $_____ |

**56. Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$_____

**57. Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No

☐ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☐ No

☐ Yes

## Part 10: Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets** | $_____ | _____ | $_____ |
| **61. Internet domain names and websites**<br>www.malibusburgers.com; www.eatmalibusburgers.com | $_____ | Replacement value | $ 718 |
| **62. Licenses, franchises, and royalties** | $_____ | _____ | $_____ |
| **63. Customer lists, mailing lists, or other compilations** | $_____ | _____ | $_____ |
| **64. Other intangibles, or intellectual property** | $_____ | _____ | $_____ |
| **65. Goodwill** | $_____ | _____ | $_____ |

**66. Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$ 718

Official Form 206A/B          Schedule A/B: Assets — Real and Personal Property          page 6

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

  ☑ No

  ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

  ☑ No

  ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

  ☑ No

  ☐ Yes

## Part 11:   All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

  ☑ No. Go to Part 12.

  ☐ Yes. Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|
| 71. **Notes receivable** | | |
| Description (include name of obligor) | _____ — _____ = ➜ | $_____ |
| | Total face amount   doubtful or uncollectible amount | |
| 72. **Tax refunds and unused net operating losses (NOLs)** | | |
| Description (for example, federal, state, local) | | |
| _____ | Tax year _____ | $_____ |
| _____ | Tax year _____ | $_____ |
| _____ | Tax year _____ | $_____ |
| 73. **Interests in insurance policies or annuities** | | |
| _____ | | $_____ |
| 74. **Causes of action against third parties (whether or not a lawsuit has been filed)** | | |
| _____ | | $_____ |
| Nature of claim    _____ | | |
| Amount requested    $_____ | | |
| 75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | | |
| _____ | | $_____ |
| Nature of claim    _____ | | |
| Amount requested    $_____ | | |
| 76. **Trusts, equitable or future interests in property** | | |
| _____ | | $_____ |
| 77. **Other property of any kind not already listed**   *Examples:* Season tickets, country club membership | | |
| _____ | | $_____ |
| _____ | | $_____ |
| 78. **Total of Part 11.** | | |
| Add lines 71 through 77. Copy the total to line 90. | | $_____ |

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

  ☐ No

  ☐ Yes

Case: 23-41482    Doc# 1    Filed: 11/14/23    Entered: 11/14/23 15:16:03    Page 13 of 38

| Debtor | Malibu's United L.L.C. | Case number (if known) |
|---|---|---|
| | Name | |

# Part 12: Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** Copy line 5, Part 1. | $ 0 | |
| 81. **Deposits and prepayments.** Copy line 9, Part 2. | $ 0 | |
| 82. **Accounts receivable.** Copy line 12, Part 3. | $ 0 | |
| 83. **Investments.** Copy line 17, Part 4. | $ 0 | |
| 84. **Inventory.** Copy line 23, Part 5. | $ 3,000 | |
| 85. **Farming and fishing-related assets.** Copy line 33, Part 6. | $ 0 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** Copy line 43, Part 7. | $ 0 | |
| 87. **Machinery, equipment, and vehicles.** Copy line 51, Part 8. | $ 10,000 | |
| 88. **Real property.** Copy line 56, Part 9. . ...................➔ | | $ 0 |
| 89. **Intangibles and intellectual property.** Copy line 66, Part 10. | $ 718 | |
| 90. **All other assets.** Copy line 78, Part 11. | + $ 0 | |
| 91. **Total.** Add lines 80 through 90 for each column. ............................91a. | $ 13,718 | **+** 91b. $ 0 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ...................................................................   $ 13,718

Official Form 206A/B                Schedule A/B: Assets — Real and Personal Property                page 8

**Fill in this information to identify the case:**

Debtor name ___Malibu's United L.L.C.___

United States Bankruptcy Court for the: ___Northern___ District of ___California___
(State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206 D

# Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

| **Part 1:** | **List Creditors Who Have Secured Claims** |
| --- | --- |

2. **List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.**

| | **Column A**<br>Amount of claim<br>Do not deduct the value of collateral. | **Column B**<br>Value of collateral that supports this claim |
| --- | --- | --- |

**2.1** Creditor's name
California Department of Tax and Fee Administration

Describe debtor's property that is subject to a lien
all personal property

$ 61,499.79  $ 13,212.99

Creditor's mailing address
P.O. Box 942879
Sacramento, CA 94279-0055

Describe the lien
File No.: U230042484034; File No.: U230046316832

Creditor's email address, if known

Is the creditor an insider or related party?
☑ No
☐ Yes

Date debt was incurred October 2021-March 2023

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Last 4 digits of account number   2  4  0  0

Do multiple creditors have an interest in the same property?
☐ No
☑ Yes. Specify each creditor, including this creditor, and its relative priority.
CDTFA  (first priority)
Feed the Hunger Fund (second priority)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.2** Creditor's name
Feed the Hunger Fund

Describe debtor's property that is subject to a lien
Tesla Automobile (VIN #5YJSA1E1XGF158497) (financed)  $ 90,603.66   $ 24,598.63

kitchen appliances and equipment

Creditor's mailing address
100 Montgomery Street, The Presidio
San Francisco, CA 94129

Describe the lien
File No.: U220229235932

Creditor's email address, if known
mikecanale@feed-hunger.com

Is the creditor an insider or related party?
☑ No
☐ Yes

Date debt was incurred   9/8/2022

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Last 4 digits of account number   ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
☐ No
☑ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
  _____
  _____
  ☑ Yes. The relative priority of creditors is specified on lines  2.1

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $ 152,103.45

Case: 23-41482   Doc# 1   Filed: 11/14/23   Entered: 11/14/23 15:16:03   Page 15 of 38

**Fill in this information to identify the case:**

Debtor _____ Malibu's United L.L.C _____

United States Bankruptcy Court for the: _____ Northern _____ District of ___ California ___
(State)

Case number _____
(If known)

☐ Check if this is an
amended filing

# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address
Business Tax Office - City of Oakland
250 Frank H. Ogawa Plaza, Ste 1320
Oakland, CA 94612

As of the petition filing date, the claim is:    $ 523.96    $ 523.96
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
January-December 2022

Basis for the claim:
business tax 2022

Last 4 digits of account
number    3  7  7  2

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 2 )

**2.2** Priority creditor's name and mailing address
Employment Development Department
P.O. Box 989061
West Sacramento, CA 95798-9061

As of the petition filing date, the claim is:    $ 27.84    $27.84
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
30-Jun-2022

Basis for the claim:
Employment tax

Last 4 digits of account
number    2  5  6  7

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 3 )

**2.3** Priority creditor's name and mailing address
Department of the Treasury - Internal Revenue Service
Ogden, UT 84201-0039

As of the petition filing date, the claim is:    $ 3,188.94    $ 3,188.94
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
April 30 - September 5, 2023

Basis for the claim:
Payroll taxes

Last 4 digits of account
number    2  7  1  3

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 1 )

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

**3.1** Nonpriority creditor's name and mailing address

Accion Opportunity Fund

111 W John St., Suite 800

San Jose, CA 95113

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:   private loan

Date or dates debt was incurred    7/22/2022

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$   4,552.00

**3.2** Nonpriority creditor's name and mailing address

ADT Inc.

1501 Yamato Road

Boca Raton, FL 33431

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:   Outstanding balance

Date or dates debt was incurred    10/2/2022

Last 4 digits of account number   0  1  6  4

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$   4,199.63

**3.3** Nonpriority creditor's name and mailing address

Alameda County Environmental Health

P.O. Box N

Alameda, CA 94501-0108

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:   License renewal

Date or dates debt was incurred    10/31/2023

Last 4 digits of account number   9  8  7  4

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$   1,129.00

**3.4** Nonpriority creditor's name and mailing address

California Department of Food and Agriculture - Milk and Dairy

Food Safety Branch
P.O. Box 942881

Sacramento CA, 94271

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:   License renewal

Date or dates debt was incurred    February 1, 2023

Last 4 digits of account number   4  5  S  S

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$   427.50

**3.5** Nonpriority creditor's name and mailing address

Cintas Corporation

P.O. Box 631025

Cincinnati, OH 45263-1025

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:   Outstanding balance

Date or dates debt was incurred    March - June 2023

Last 4 digits of account number   3  0  6  2

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$   2,170.53

**3.6** Nonpriority creditor's name and mailing address

Comcast Corporation

1701 JFK Blvd.

Philadelphia, PA 19103

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:   Outstanding balance

Date or dates debt was incurred    September-October 2023

Last 4 digits of account number   7  0  0  3

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$   612.63

Official Form 206E/F                    Schedule E/F: Creditors Who Have Unsecured Claims                    page _2_ of _6_

| Debtor | Malibu's United L.L.C | Case number (if known) |
|---|---|---|
| | Name | |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.7** Nonpriority creditor's name and mailing address

East Bay Municipal Utility District

375 11th Street

Oakland, CA 94607-4240

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Outstanding balance

Date or dates debt was incurred: July - September 2023

Last 4 digits of account number: 5 6 7 3 7 7 4 8

Is the claim subject to offset?
☑ No
☐ Yes

$ 739.10

---

**3.8** Nonpriority creditor's name and mailing address

Guard Insurance Group

P.O. Box 785570

Philadelphia, PA 19178-5570

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Outstanding balance

Date or dates debt was incurred: 2022

Last 4 digits of account number: 5 6 3 3

Is the claim subject to offset?
☑ No
☐ Yes

$ 438.90

---

**3.9** Nonpriority creditor's name and mailing address

Orkin, Inc.

2170 Piedmont Road, Northeast

Atlanta, GA 30324-4135

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Outstanding balance

Date or dates debt was incurred: September 2023

Last 4 digits of account number: 0 4 8 8

Is the claim subject to offset?
☑ No
☐ Yes

$ 211.99

---

**3.10** Nonpriority creditor's name and mailing address

Pacific Gas and Electric Company

P.O. Box 997300

Sacramento, CA 95899-7300

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Outstanding balance

Date or dates debt was incurred: September-October 2023

Last 4 digits of account number: 0 1 9 1

Is the claim subject to offset?
☑ No
☐ Yes

$ 2,959.10

---

**3.11** Nonpriority creditor's name and mailing address

Piedmont Yosemite Partners, LP

1717 Powell Street, Suite 300

San Francisco, CA 94133

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Outstanding balance (rent)

Date or dates debt was incurred: October 2022-November 2023

Last 4 digits of account number: ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

$ 36,864.00

---

Official Form 206E/F    Schedule E/F: Creditors Who Have Unsecured Claims    page _3_ of _6_

| Debtor | Malibu's United L.L.C | Case number (if known) _____ |
|---|---|---|
| | Name | |

> Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.12** Nonpriority creditor's name and mailing address

The Hartford Financial Services Group, Inc.

690 Asylum Avenue

Hartford, CT 06155

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ Liquidated and neither contingent nor disputed

Basis for the claim:   Outstanding balance

$ 1,914.20

Date or dates debt was incurred    2021-2022

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.13** Nonpriority creditor's name and mailing address

US Bank

P.O. Box 790408

St. Louis, MO 63179-0408

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:   Outstanding balance

$ 1,956.54

Date or dates debt was incurred    9/30/2022

Last 4 digits of account number    2  1  8  0

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.14** Nonpriority creditor's name and mailing address

Verizon Communications, Inc.

1095 Avenue of the Americas

New York, NY 10036

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:   Outstanding balance

$ 383.69

Date or dates debt was incurred    May-October 2023

Last 4 digits of account number    6  1  3  9

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.15** Nonpriority creditor's name and mailing address

WM Intellectual Property Holdings, LLC

800 Capitol Street, Suite 3000

Houston, TX 77002

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:   Outstanding balance

$ 2,221.17

Date or dates debt was incurred    September-November 2023

Last 4 digits of account number    3  0  0  4
                                    3  0  0  6

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.___** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

$ _____

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
- ☐ No
- ☐ Yes

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---------|----------------------------------------------------|

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1. | Apelles, LLC<br>P.O. Box 1578<br>Middletown, OH 45042-1578 | Line 3.2<br>☐ Not listed. Explain _____ | 8  5  5  9 |
| 4.2. | GB Collects LLC<br>1253 Haddonfield Berlin Rd.<br>Voorhees, NJ 08043-4847 | Line 3.8<br>☐ Not listed. Explain _____ | 5  6  3  3 |
| 4.3. | Meridian Property Management Group<br>1145 Bush Street<br>San Francisco, CA 94109 | Line 3.11<br>☐ Not listed. Explain _____ | — — — — |
| 4.4. | SIMM Associates, Inc.<br>800 Pencader Drive<br>Newark, DE 19702 | Line 3.13<br>☐ Not listed. Explain _____ | 0  4  6  7 |
| 41. | The Leviton Law Firm, Ltd<br>1 Pierce Place Suite 725W<br>Itasca, IL 60143 | Line 3.12<br>☐ Not listed. Explain _____ | — — — — |
| 4.5. | _____ | Line ____<br>☐ Not listed. Explain _____ | — — — — |
| 4.6. | _____ | Line ____<br>☐ Not listed. Explain _____ | — — — — |
| 4.7. | _____ | Line ____<br>☐ Not listed. Explain _____ | — — — — |
| 4.8. | _____ | Line ____<br>☐ Not listed. Explain _____ | — — — — |
| 4.9. | _____ | Line ____<br>☐ Not listed. Explain _____ | — — — — |
| 4.10. | _____ | Line ____<br>☐ Not listed. Explain _____ | — — — — |
| 4.11. | _____ | Line ____<br>☐ Not listed. Explain _____ | — — — — |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |

5. Add the amounts of priority and nonpriority unsecured claims.

                                                                      **Total of claim amounts**

5a. **Total claims from Part 1**                          5a.    $_____3,740.74_____

5b. **Total claims from Part 2**                          5b.  **+** $_____60,779.98_____

5c. **Total of Parts 1 and 2**                            5c.    $_____64,520.72_____
    Lines 5a + 5b = 5c.

Case: 23-41482   Doc# 1   Filed: 11/14/23   Entered: 11/14/23 15:16:03   Page 21 of 38

**Fill in this information to identify the case:**

Debtor name _____Malibu's United L.L.C_____

United States Bankruptcy Court for the: _____Northern_____ District of __California__
(State)

Case number (If known): _____ Chapter __11__

☐ Check if this is an
amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   - ☑ **No.** Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.
   - ☐ **Yes.** Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases**
   | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |

| | | |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |

**Fill in this information to identify the case:**

Debtor name _____Malibu's United L.L.C_____

United States Bankruptcy Court for the: _____Northern_____ District of _California_
                                                                              (State)

Case number (If known): _____

☐ Check if this is an
amended filing

## Official Form 206H
# Schedule H: Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**
   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** / **Mailing address** | | **Name** | *Check all schedules that apply:* |
| 2.1 | Darren Preston | 435 Buena Vista Ave, Apt 110 — Street | California Department of Tax and Fee Administration | ☑ D ☐ E/F ☐ G |
| | | Alameda / CA / 94501 — City / State / ZIP Code | | |
| 2.2 | Natasha Fernandez-Preston | 435 Buena Vista Ave, Apt 110 — Street | California Department of Tax and Fee Administration | ☑ D ☐ E/F ☐ G |
| | | Alameda / CA / 94501 — City / State / ZIP Code | | |
| 2.3 | Darren Preston | 435 Buena Vista Ave, Apt 110 — Street | Feed the Hunger Fund | ☑ D ☐ E/F ☐ G |
| | | Alameda / CA / 94501 — City / State / ZIP Code | | |
| 2.4 | Natasha Fernandez-Preston | 435 Buena Vista Ave, Apt 110 — Street | Feed the Hunger Fund | ☑ D ☐ E/F ☐ G |
| | | Alameda / CA / 94501 — City / State / ZIP Code | | |
| 2.5 | Darren Preston | 435 Buena Vista Ave, Apt 110 — Street | Accion Opportunity Fund | ☐ D ☑ E/F ☐ G |
| | | Alameda / CA / 94501 — City / State / ZIP Code | | |
| 2.6 | Darren Preston | 435 Buena Vista Ave, Apt 110 — Street | Piedmont Yosemite Partners, LP | ☐ D ☑ E/F ☐ G |
| | | Alameda / CA / 94501 — City / State / ZIP Code | | |

Case: 23-41482    Doc# 1    Filed: 11/14/23    Entered: 11/14/23 15:16:03    Page 23 of 38

## Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** / **Mailing address** | | **Name** | Check all schedules that apply: |

**2._7_** Natasha Fernandez-Preston
435 Buena Vista Ave, Apt 110
Street

Alameda    CA    94501
City    State    ZIP Code

Piedmont Yosemite Partners, LP

☐ D
☑ E/F
☐ G

**2._8_** Darren Preston
435 Buena Vista Ave, Apt 110
Street

Alameda    CA    94501
City    State    ZIP Code

US Bank

☐ D
☑ E/F
☐ G

**2.___**
Street

City    State    ZIP Code

☐ D
☐ E/F
☐ G

**2.___**
Street

City    State    ZIP Code

☐ D
☐ E/F
☐ G

**2.___**
Street

City    State    ZIP Code

☐ D
☐ E/F
☐ G

**2.___**
Street

City    State    ZIP Code

☐ D
☐ E/F
☐ G

**2.___**
Street

City    State    ZIP Code

☐ D
☐ E/F
☐ G

**2.___**
Street

City    State    ZIP Code

☐ D
☐ E/F
☐ G

**Fill in this information to identify the case:**

Debtor name ___Malibu's United L.L.C___

United States Bankruptcy Court for the: ___Northern___  District of ___California___
(State)

Case number (If known): _____

☐ Check if this is an
amended filing

## Official Form 207
# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy  04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

---

**Part 1:**  **Income**

1. **Gross revenue from business**

   ☐ None

   |  | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|---|

   Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year

   | | | | |
   |---|---|---|---|
   | **From the beginning of the fiscal year to filing date:** | From  01/01/2023  to  Filing date<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other _____ | $ 501,770 |
   | **For prior year:** | From  01/01/2022  to  12/31/2022<br>MM / DD / YYYY    MM / DD / YYYY | ☑ Operating a business<br>☐ Other _____ | $ 753,505 |
   | **For the year before that:** | From  09/25/2021  to  12/31/2021<br>MM / DD / YYYY    MM / DD / YYYY | ☑ Operating a business<br>☐ Other _____ | $ 235,456 |

2. **Non-business revenue**

   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☑ None

   | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|---|
   | **From the beginning of the fiscal year to filing date:** | From _____ to Filing date<br>MM / DD / YYYY | _____ | $_____ |
   | **For prior year:** | From _____ to _____<br>MM / DD / YYYY    MM / DD / YYYY | _____ | $_____ |
   | **For the year before that:** | From _____ to _____<br>MM / DD / YYYY    MM / DD / YYYY | _____ | $_____ |

Case: 23-41482    Doc# 1    Filed: 11/14/23    Entered: 11/14/23 15:16:03    Page 25 of 38

| Debtor | Malibu's United L.L.C | Case number (if known) |
|--------|----------------------|------------------------|
|        | Name                 |                        |

## Part 2: List Certain Transfers Made Before Filing for Bankruptcy

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | Piedmont Yosemite Partners, LP<br><u>Creditor's name</u><br>1717 Powell Street, Suite 300<br><u>Street</u><br><br>San Francisco   CA   94133<br><u>City</u>   <u>State</u>   <u>ZIP Code</u> | 9/7/2023<br><br>9/19/2023 | $ 7,963 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other ___rent payments___ |
| 3.2. | <u>Creditor's name</u><br><u>Street</u><br><br><u>City</u>   <u>State</u>   <u>ZIP Code</u> | | $ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | <u>Insider's name</u><br><u>Street</u><br><br><u>City</u>   <u>State</u>   <u>ZIP Code</u><br><br>**Relationship to debtor** | | $ | |
| 4.2. | <u>Insider's name</u><br><u>Street</u><br><br><u>City</u>   <u>State</u>   <u>ZIP Code</u><br><br>**Relationship to debtor** | | $ | |

Case: 23-41482   Doc# 1   Filed: 11/14/23   Entered: 11/14/23 15:16:03   Page 26 of 38

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1. | | | $ |
| Creditor's name | | | |
| Street | | | |
| City   State   ZIP Code | | | |
| 5.2. | | | $ |
| Creditor's name | | | |
| Street | | | |
| City   State   ZIP Code | | | |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| | | | $ |
| Creditor's name | | | |
| Street | Last 4 digits of account number: XXXX– __ __ __ __ | | |
| City   State   ZIP Code | | | |

---

**Part 3:**   **Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☑ None

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. | | Name | ☐ Pending |
| | | | ☐ On appeal |
| Case number | | Street | ☐ Concluded |
| | | City   State   ZIP Code | |
| 7.2.   Case title | | Court or agency's name and address | ☐ Pending |
| | | | ☐ On appeal |
| Case number | | Name | ☐ Concluded |
| | | Street | |
| | | City   State   ZIP Code | |

Case: 23-41482    Doc# 1    Filed: 11/14/23    Entered: 11/14/23 15:16:03    Page 27 of 38

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | | $ |
| Custodian's name | Case title | Court name and address |
| Street | | |
| | | Name |
| City         State        ZIP Code | Case number | Street |
| | | City        State        ZIP Code |
| | Date of order or assignment | |

---

## Part 4:   Certain Gifts and Charitable Contributions

**9.** List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| **9.1.** Recipient's name | | | $ |
| Street | | | |
| City         State        ZIP Code | | | |
| Recipient's relationship to debtor | | | |
| **9.2.** Recipient's name | | | $ |
| Street | | | |
| City         State        ZIP Code | | | |
| Recipient's relationship to debtor | | | |

---

## Part 5:   Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | |
| | | | $ |

Case: 23-41482    Doc# 1    Filed: 11/14/23    Entered: 11/14/23 15:16:03    Page 28 of 38

Debtor _____Malibu's United L.L.C_____  Case number (*if known*)_____
               Name

## Part 6: Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☑ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | _____ | _____ | _____ | $_____ |
| | **Address** | _____ | | |
| | _____ | | | |
| | Street | | | |
| | _____ | | | |
| | _____ | | | |
| | City        State        ZIP Code | | | |
| | **Email or website address** | | | |
| | _____ | | | |
| | **Who made the payment, if not debtor?** | | | |
| | _____ | | | |

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | _____ | _____ | _____ | $_____ |
| | **Address** | _____ | | |
| | _____ | | | |
| | Street | | | |
| | _____ | | | |
| | City        State        ZIP Code | | | |
| | **Email or website address** | | | |
| | _____ | | | |
| | **Who made the payment, if not debtor?** | | | |
| | _____ | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| _____ | _____ | _____ | $_____ |
| **Trustee** | | | |
| _____ | _____ | | |

Case: 23-41482    Doc# 1    Filed: 11/14/23    Entered: 11/14/23 15:16:03    Page 29 of 38

### 13. Transfers not already listed on this statement

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | _____ | _____ | _____ | $_____ |
| | **Address** | _____ | | |
| | _____ Street | | | |
| | _____ | | | |
| | _____ City   State   ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |
| 13.2. | **Who received transfer?** | _____ | _____ | $_____ |
| | _____ | _____ | | |
| | **Address** | | | |
| | _____ Street | | | |
| | _____ | | | |
| | _____ City   State   ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

---

### Part 7:   Previous Locations

### 14. Previous addresses

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| | Address | | Dates of occupancy | |
|---|---|---|---|---|
| 14.1. | _____ Street | | From _____ | To _____ |
| | _____ City   State   ZIP Code | | | |
| 14.2. | _____ Street | | From _____ | To _____ |
| | _____ City   State   ZIP Code | | | |

Case: 23-41482    Doc# 1    Filed: 11/14/23    Entered: 11/14/23 15:16:03    Page 30 of 38

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

15.1.
_____
Facility name

_____
Street

_____
City    State    ZIP Code

**Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider.

**How are records kept?**

*Check all that apply:*

☐ Electronically
☐ Paper

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

15.2.
_____
Facility name

_____
Street

_____
City    State    ZIP Code

**Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider.

**How are records kept?**

*Check all that apply:*

☐ Electronically
☐ Paper

| Part 9: | Personally Identifiable Information |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?

☐ No
☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☐ Yes. Fill in below:

Name of plan             Employer identification number of the plan

_____    EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___

Has the plan been terminated?

☐ No
☐ Yes

Case: 23-41482    Doc# 1    Filed: 11/14/23    Entered: 11/14/23 15:16:03    Page 31 of 38

| **Part 10:** | **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units** |
|---|---|

### 18. Closed financial accounts

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| **18.1.** _____ Name _____ Street _____ City    State    ZIP Code | XXXX–__ __ __ __ | ☐ Checking ☐ Savings ☐ Money market ☐ Brokerage ☐ Other_____ | _____ | $_____ |
| **18.2.** _____ Name _____ Street _____ City    State    ZIP Code | XXXX–__ __ __ __ | ☐ Checking ☐ Savings ☐ Money market ☐ Brokerage ☐ Other_____ | | $_____ |

### 19. Safe deposit boxes

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____ Name _____ Street _____ City    State    ZIP Code | _____ _____ **Address** _____ _____ | _____ _____ _____ | ☐ No ☐ Yes |

### 20. Off-premises storage

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____ Name _____ Street _____ City    State    ZIP Code | _____ _____ **Address** _____ _____ | _____ _____ _____ | ☐ No ☐ Yes |

Case: 23-41482    Doc# 1    Filed: 11/14/23    Entered: 11/14/23 15:16:03    Page 32 of 38

| Part 11: | **Property the Debtor Holds or Controls That the Debtor Does Not Own** |

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | $_____ |
| Name | | | |
| Street | | | |
| City          State          ZIP Code | | | |

| Part 12: | **Details About Environmental Information** |

For the purpose of Part 12, the following definitions apply:

▪ *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

▪ *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

▪ *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | ☐ Pending |
| Case number | Name | | ☐ On appeal |
| | Street | | ☐ Concluded |
| | City          State          ZIP Code | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | _____ |
| Name | Name | | |
| Street | Street | | |
| City          State          ZIP Code | City          State          ZIP Code | | |

Case: 23-41482     Doc# 1     Filed: 11/14/23     Entered: 11/14/23 15:16:03     Page 33 of 38

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|----------------------|-----------------------------------|----------------------------|----------------|
| Name | Name | | |
| Street | Street | | |
| City          State          ZIP Code | City          State          ZIP Code | | |

---

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

☑ None

|       | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|-------|---------------------------|-------------------------------------|-----------------------------------------------------------------------------------|
| 25.1. | Name<br>Street<br>City          State          ZIP Code | | EIN: __ __ – __ __ __ __ __ __ __<br>Dates business existed<br>From _____   To _____ |
| 25.2. | Name<br>Street<br>City          State          ZIP Code | | EIN: __ __ – __ __ __ __ __ __ __<br>Dates business existed<br>From _____   To _____ |
| 25.3. | Name<br>Street<br>City          State          ZIP Code | | EIN: __ __ – __ __ __ __ __ __ __<br>Dates business existed<br>From _____   To _____ |

Case: 23-41482    Doc# 1    Filed: 11/14/23    Entered: 11/14/23 15:16:03    Page 34 of 38

## 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|

26a.1.
Natasha Fernandez-Preston
Name
435 Buena Vista Ave, Apt 110
Street

Alameda                    CA            94501
City                       State         ZIP Code

From __2021__   To __present__

| Name and address | Dates of service |
|---|---|

26a.2.
Name

Street

City                       State         ZIP Code

From _____   To _____

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|

26b.1.
Name

Street

City                       State         ZIP Code

From _____   To _____

| Name and address | Dates of service |
|---|---|

26b.2.
Name

Street

City                       State         ZIP Code

From _____   To _____

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26c.1.
Natasha Fernandez-Preston
Name
435 Buena Vista Ave, Apt 110
Street

Alameda                    CA            94501
City                       State         ZIP Code

Case: 23-41482   Doc# 1   Filed: 11/14/23   Entered: 11/14/23 15:16:03   Page 35 of 38

| | Name and address | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.2. | | |
| | Name | |
| | Street | |
| | City                State          ZIP Code | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

**Name and address**

26d.1.    Feed the Hunger Fund
Name
100 Montgomery Street, The Presidio
Street

San Francisco      CA      94129
City      State      ZIP Code

**Name and address**

26d.2.    Aisha's Mobile Notary
Name
1901 Harrison Street, Suite 1100
Street

Oakland      CA      94612
City      State      ZIP Code

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | $ |

**Name and address of the person who has possession of inventory records**

27.1.
Name

Street

City      State      ZIP Code

Case: 23-41482    Doc# 1    Filed: 11/14/23    Entered: 11/14/23 15:16:03    Page 36 of 38

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
| --- | --- | --- |
| _____ | _____ | $ _____ |

**Name and address of the person who has possession of inventory records**

27.2.
_____
Name

_____
Street
_____

_____
City _____ State _____ ZIP Code

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| Darren Preston | 435 Buena Vista Ave, Apt 110, Alameda CA 94501 | Member | 99 |
| Natasha Fernandez-Preston | 435 Buena Vista Ave, Apt 110, Alameda CA 94501 | Member | 1 |
| | | | |
| | | | |
| | | | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
| --- | --- | --- | --- |
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
| --- | --- | --- | --- |
| 30.1. Darren Preston | $62,988.74 | 11/14/2022 to 11/14/2023 | Owner's draw and salary |
| Name | | | |
| 435 Buena Vista Ave, Apt 110 | | _____ | |
| Street | | | |
| Alameda          CA          94501 | | _____ | |
| City          State          ZIP Code | | | |
| Relationship to debtor | | _____ | |
| Member | | | |

Case: 23-41482    Doc# 1    Filed: 11/14/23    Entered: 11/14/23 15:16:03    Page 37 of 38

**Name and address of recipient**

30.2

_____
Name

_____
Street

_____

_____
City              State       ZIP Code

**Relationship to debtor**

_____

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

| **Name of the parent corporation** | **Employer Identification number of the parent corporation** |
|---|---|
| _____ | EIN: __ __ – __ __ __ __ __ __ __ |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| **Name of the pension fund** | **Employer Identification number of the pension fund** |
|---|---|
| _____ | EIN: __ __ – __ __ __ __ __ __ __ |

| **Part 14:** | **Signature and Declaration** |

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     11/14/2023
               MM / DD / YYYY

✘ _____       Printed name    Darren Preston
Signature of individual signing on behalf of the debtor

Position or relationship to debtor    Member

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☑ No

☐ Yes

Case: 23-41482    Doc# 1    Filed: 11/14/23    Entered: 11/14/23 15:16:03    Page 38 of 38